IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02321-MSK-BNB

CURTIS WHEELER,

Plaintiff,

v.

COLORADO CONSTRUCTORS, INC., and
RINCONADA, LLC,

Defendants.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Second Motion to Amend Complaint** [docket no. 20, filed December 12, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Second Amended Complaint for filing.

DATED:  December 18, 2012