IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-02321-MSK-BNB

CURTIS WHEELER,

        Plaintiff,

v.

COLORADO CONSTRUCTORS, INC.;
RINCONANDA, LLC,

        Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Stipulated Motion for Dismissal With Prejudice (Motion) filed May 30, 2013. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims asserted in this action are hereby dismissed, with prejudice, each party to bear his, her or its own attorney's fees and costs.

DATED this 3rd day of June, 2013.

                                      **BY THE COURT:**

                                      *Marcia S. Krieger*

                                      Marcia S. Krieger
                                      Chief United States District Judge