IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-02321-MSK-BNB

CURTIS WHEELER,

            Plaintiff,

v.

COLORADO CONSTRUCTORS, INC.;
RINCONANDA, LLC,

            Defendants.

---

## ORDER OF DISMISSAL

---

THIS MATTER comes before the Court on the Stipulated Motion for Dismissal With

Prejudice (Motion) filed May 30, 2013.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims asserted in this

action are hereby dismissed, with prejudice, each party to bear his, her or its own attorney's fees

and costs.

DATED this 3rd day of June, 2013.

BY THE COURT:

_____

Marcia S. Krieger
Chief United States District Judge